UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHAUNTA CHAMBERS,

    Plaintiff,

    v.                                        CASE NO.:  3:18-cv-70

TOTAL CARD, INC.

    Defendant.
_____/

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties in the above captioned action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  The parties waive all rights of appeal.

**Dated:** September 14, 2018

| **For Plaintiff Shaunta Chambers** | **For Defendant Total Card, Inc.** |
|---|---|
| */s/ Yaakov Saks*<br>Yaakov Saks<br>Stein Saks, PLLC<br>285 Passaic Street<br>Hackensack, NJ 07601<br>ysaks@steinsakslegal.com | */s/ Marissa I. Delinks*<br>Marissa I. Delinks<br>Hinshaw & Culbertson LLP<br>53 State Street 27th Floor<br>Boston, MA 02109<br>mdelinks@hinshawlaw.com |

## **CERTIFICATE OF SERVICE**

  I certify that on September 14, 2018, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

            */s/ Yaakov Saks*
            Yaakov Saks

            **Stein Saks, PLLC**
            285 Passaic Street
            Hackensack, NJ 07601
            *Attorneys for Plaintiff*